UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,

   v.

KEANDRE EQUALITY TROTTER,          **INDICTMENT**

       Defendant.

_____/

    The Grand Jury charges:


## COUNT 1
### (Felon in Possession of Firearms)

    On or about December 7, 2024, in Kent County, in the Southern Division of the Western District of Michigan,

           KEANDRE EQUALITY TROTTER,

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a Ruger 57 5.7x28mm semi-automatic pistol and a black Polymer80 Inc., Model P80 9mm semi-automatic pistol, which were in and affecting commerce.

18 U.S.C. § 922(g)(1)
18 U.S.C. § 921(a)
18 U.S.C. § 924(a)(8)

## COUNT 2
**(Felon in Possession of a Firearm and Ammunition)**

On or about March 1, 2025, in Kent County, in the Southern Division of the Western

District of Michigan,

KEANDRE EQUALITY TROTTER,

knowing he had previously been convicted of a crime punishable by imprisonment for a

term exceeding one year, knowingly possessed a tan Polymer80 Inc., Model P80 9mm

semiautomatic pistol and 14 rounds of 9mm Glock ammunition which were in and affecting

commerce.

18 U.S.C. § 922(g)(1)
18 U.S.C. § 921(a)
18 U.S.C. § 924(a)(8)

2

**FORFEITURE ALLEGATION**

The allegations contained in this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c).

Upon conviction of the offense in violation of 18 U.S.C. § 922(g)(1), as set forth in Counts 1 and 2 of this Indictment,

KEANDRE EQUALITY TROTTER

shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in or used in the offense, including, but not limited to, a Ruger 57 5.7x28mm semi-automatic pistol, a black Polymer80 Inc., Model P80 9mm semi-automatic pistol, a tan Polymer80 Inc., Model P80 9mm semiautomatic pistol,  5.7x28 ammunition and 9mm ammunition.


18 U.S.C. § 924(d)(1)
28 U.S.C. § 2461(c)
18 U.S.C. § 922(g)(1)

A TRUE BILL

[ /s/ Redacted ]

GRAND JURY FOREPERSON


ANDREW BYERLY BIRGE
Acting United States Attorney

CONSTANCE TURNBULL
Assistant United States Attorney

3