UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN


UNITED STATES OF AMERICA,

     Plaintiff,

                                          Hon. Robert J. Jonker

v.

                                          Case No. 1:25-cr-68

KEANDRE EQUALITY TROTTER,

     Defendant.

_____/

## ORDER OF DETENTION

       Defendant appeared this date for a bond hearing. For the reasons stated on the record, the Court finds by clear and convincing evidence that no condition or combination of conditions will reasonably assure the safety of the community.

       Accordingly, IT IS ORDERED that defendant is committed to the custody of the Attorney General pending trial.

       DONE AND ORDERED on May 16, 2025.

                                /s/ Sally J. Berens_____
                              SALLY J. BERENS
                              U.S. Magistrate Judge